IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAHAIRA RIVERA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN COLLECTION | : | |
| SERVICES, INC., | : | No. 17-631 |
| Defendant. | : | |

## ORDER

AND NOW, this 5th day of **September, 2017**, because Plaintiff has failed to file an amended complaint, it is **ORDERED** that:

1. Plaintiff's case is **DISMISSED with prejudice**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.